## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BERNARD GRIMM d/b/a LAW OFFICE OF
BERNARD S. GRIMM,

        Plaintiff,

    v.

PNC BANK, N.A.,

        Defendant.

Case No. 1:22-cv-01006-ACR

### JOINT STATUS REPORT

On August 16, 2023, the Court decided the Motion to Dismiss filed by PNC Bank, N.A. ("PNC"), stayed the case pending settlement negotiations, and directed the parties to file a joint status report by November 14, 2023. (*See* 8-16-2023 Minute Order.) Now, the parties, through their respective counsel, submit this joint status report.

Following the Court's decision on PNC's Motion to Dismiss, the parties have worked diligently to determine the amount remaining at issue, so the parties may enter into an informed mediation. On October 11, 2023, PNC's counsel delivered to Plaintiff's counsel: (1) a spreadsheet detailing transactions that appear relevant to Plaintiff's surviving claims, which were not time-barred or otherwise excluded from consideration by the Court's dismissal-in-part; and (2) the relevant bank account statements. Plaintiff's counsel recently responded to the information provided by defense counsel with what Plaintiff views as responsive information regarding the universe of unauthorized transactions, and with requests for additional documentation on certain transactions, in order to confirm or not that they were among the unauthorized transactions. The parties will soon select a mediator.

In the interim, the parties respectfully request that the Court maintain the stay of this action for another ninety days, at the conclusion of which the parties will jointly submit a new status report.

Respectfully Submitted,

Dated: November 14, 2023

/s/ *Barry Coburn*
Barry Coburn, Esq.
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue, NW, 2d Floor
Telephone: (202) 643-9472
Email: barry@coburngreenbaum.com

*Counsel for Plaintiff, Bernard S. Grimm
d/b/a Law Office of Bernard S. Grimm*

/s/ *John D. Sadler*
John D. Sadler, Esq. FBN: 16421
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
Telephone: (202) 661-7659
Email: SadlerJ@ballardspahr.com

*Counsel for Defendant, PNC Bank, N.A.*