# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERNARD GRIMM d/b/a LAW OFFICE OF BERNARD S. GRIMM, | |
| Plaintiff, | Case No. 1:22-cv-01006-ACR |
| v. | |
| PNC BANK, N.A., | |
| Defendant. | |

## JOINT STATUS REPORT

On August 16, 2023, the Court decided the Motion to Dismiss filed by PNC Bank, N.A. ("PNC") and stayed the case pending settlement negotiations. (*See* 8-16-2023 Minute Order.) The parties then engaged in settlement efforts and, on April 30, 2024, the Court referred the action to mediation. (*See* 04-30-2024 Minute Order.) On May 7, 2024, the Court appointed a mediator. The parties will file a joint status report within fourteen days of the mediation. (*See id.*)

Respectfully Submitted,

Dated: May 13, 2024

/s/ *Barry Coburn*
Barry Coburn, Esq.
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue, NW, 2d Floor
Telephone: (202) 643-9472
Email: barry@coburngreenbaum.com

*Counsel for Plaintiff, Bernard S. Grimm d/b/a Law Office of Bernard S. Grimm*

/s/ *John D. Sadler*
John D. Sadler, Esq. FBN: 16421
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
Telephone: (202) 661-7659
Email: SadlerJ@ballardspahr.com

*Counsel for Defendant, PNC Bank, N.A.*