#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERNARD GRIMM d/b/a LAW OFFICE OF BERNARD S. GRIMM, <br><br> Plaintiff, <br><br> v. <br><br> PNC BANK, N.A., <br><br> Defendant. | Case No. 1:22-cv-01006-ACR |

### JOINT STATUS REPORT

On August 16, 2023, the Court stayed this action pending ongoing settlement efforts.  *See* 2024-08-16 Minute Order.  On April 30, 2024, the Court referred the parties to the Court's mediation program and ordered the parties "to file a joint status report updating the Court on the result of the mediation within 14 days of the mediation."  2024-04-30 Text Order.  On August 26, 2024, the parties participated in mediation and reached an agreement-in-principle.  Through their respective counsel, the parties are now formalizing their agreement-in-principle through a written Settlement and Release Agreement.

Respectfully Submitted,

Dated: September 3, 2024

| | |
|---|---|
| /s/ *Barry Coburn* <br> Barry Coburn, Esq. <br> Coburn & Greenbaum PLLC <br> 1710 Rhode Island Avenue, NW, 2d Floor <br> Telephone: (202) 643-9472 <br> Email: barry@coburngreenbaum.com <br><br> *Counsel for Plaintiff, Bernard S. Grimm* <br> *d/b/a Law Office of Bernard S. Grimm* | /s/ *John D. Sadler* <br> John D. Sadler, Esq. FBN:  16421 <br> Ballard Spahr LLP <br> 1909 K Street, NW, 12th Floor <br> Washington, DC  20006-1157 <br> Telephone: (202) 661-7659 <br> Email: SadlerJ@ballardspahr.com <br><br> *Counsel for Defendant, PNC Bank, N.A.* |